

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

No. 06-22-00007-CR

CHRISTOPHER HAYDEN ANDERSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 115th District Court
Upshur County, Texas
Trial Court No. 19055

Before Morriss, C.J., Stevens and van Cleef, JJ.

ORDER

Appellant Christopher Hayden Anderson appeals from his conviction of family violence assault. On July 25, 2022, Anderson's court-appointed appellate counsel filed an *Anders*[1] brief, and on August 5, 2022, Anderson filed a pro se motion for access to the appellate record for purposes of preparing a response to his counsel's *Anders* brief. Anderson's motion for access to the appellate record is granted. Under *Kelly v. State*,[2] we are required to enter an order specifying the procedure to be followed to ensure Anderson access to the record.

On August 8, 2022, Anderson's appointed counsel informed this Court that she mailed a paper copy of the appellate record to Anderson. On August 10, 2022, this Court forwarded a copy of the digitally recorded exhibits that were a part of Anderson's appellate record to prison officials at the Texas Department of Criminal Justice's Beto Unit and, by copy of this order, request that those officials afford Anderson a means of reviewing those exhibits. Allowing fifteen days from the date of this order for the record to be delivered to Anderson and for him to review the digitally recorded exhibits that are part of that record and giving Anderson thirty days to prepare his pro se response, we hereby set September 26, 2022, as the deadline for Anderson to file his pro se response to his counsel's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        August 10, 2022

---

[1] *See Anders v. California*, 386 U.S. 738 (1967).

[2] *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014).

2